```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 10877
    LINDA C COLLINS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-5893


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/30/2008 and was not confirmed.

     The case was dismissed without confirmation 10/09/2008.
------------------------------------------------------------------------------
 CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------

 SPRINT PCS                 UNSECURED      NOT FILED         .00          .00
 COMCAST                    UNSECURED      NOT FILED         .00          .00
 COMCAST                    UNSECURED      NOT FILED         .00          .00
 SST                        UNSECURED      NOT FILED         .00          .00
 PREMIER BANKCARD           UNSECURED         302.18         .00          .00
 JEFFERSON CAPITAL SYSTEM   UNSECURED         342.60         .00          .00
 EVERGREEN MEDICAL SPECIA   UNSECURED      NOT FILED         .00          .00
 COM ED                     UNSECURED      NOT FILED         .00          .00
 MCI COMMUNICATIONS         UNSECURED      NOT FILED         .00          .00
 SPRINT PCS                 UNSECURED      NOT FILED         .00          .00
 TCF BANK                   UNSECURED      NOT FILED         .00          .00
 RMI/MCSI                   UNSECURED          75.00         .00          .00
 SOCIAL SECURITY ADMINIST   UNSECURED      NOT FILED         .00          .00
 SPRINT PCS                 UNSECURED      NOT FILED         .00          .00
 TELLER LEVIT & SILVERTRU   UNSECURED      NOT FILED         .00          .00
 TINA MARIE BROWN           UNSECURED      NOT FILED         .00          .00
 US DEPT OF EDUCATION       UNSECURED      NOT FILED         .00          .00
 AT & T                     UNSECURED      NOT FILED         .00          .00
 CHASE HOME FINANCE LLC     CURRENT MORTG        .00         .00          .00
 CHASE MANHATTAN MORTGAGE   MORTGAGE ARRE        .00         .00          .00
 CITY OF CHICAGO WATER DE   SECURED NOT I        .00         .00          .00
 COOK COUNTY TREASURER      SECURED          2300.00         .00          .00
 RJM AQUISITIONS FUNDING    UNSECURED          95.33         .00          .00
 PIERCE & ASSOCIATES        NOTICE ONLY    NOT FILED         .00          .00
 FAIRLANE CREDIT            UNSECURED       12479.23         .00          .00
 UNITED STATES OF AMERICA   SECURED          6972.00         .00          .00
 RENT A CENTER              NOTICE ONLY    NOT FILED         .00          .00
 JEFFERSON CAPITAL SYSTEM   UNSECURED         385.62         .00          .00
 ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,461.50                   612.48
 TOM VAUGHN                 TRUSTEE                                       47.52
 DEBTOR REFUND              REFUND                                         .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 10877 LINDA C COLLINS
```

```
--------------------------------------------------------------------------
TRUSTEE                                      660.00

PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                     612.48
TRUSTEE COMPENSATION                                                47.52
DEBTOR REFUND                                                         .00
                                      ---------------    ---------------
TOTALS                                       660.00             660.00
```

　　Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 01/27/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
            CASE NO. 08 B 10877 LINDA C COLLINS